**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

CASSIDY MARIE SPIRES

Case No. 26-10585
Chapter 13

Debtor(s)

**AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on May 20, 2026.

2. The debtor(s) §341 Meeting of Creditors was held July 06, 2026.

3. The debtor(s) overall pay record is 10%.

• Due to the debtor(s) current pay record, the Trustee cannot recommend confirmation of this case.

• The following creditor has filed its claim and the debtor(s)' plan fails to make provisions for this claim:

Creditor: HOMETOWNE CAPITAL MANAGEMENT LLC
Court Claim Number 7
Claim Amount: $296.84
Claim Filed As: PROMPT LEASE ARRS

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this July 28, 2026.

Sabrina L. McKinney
Chapter 13 Trustee

By: /s/*Melissa K. Dill*
_____
Melissa K. Dill
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: 334-262-8599
email: dillm@ch13mdal.org

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this July 28, 2026.

**by CM/ECF:**

Danielle K. Greco, Bankruptcy Administrator
ba@almba.uscourts.gov

BROCK & STOUT
bankruptcy@brockandstoutlaw.com

**by First Class Mail, postage prepaid:**

CASSIDY MARIE SPIRES
15280 E CO RD 8
GORDON, AL  36343

By:  /s/*Melissa K. Dill*
Melissa K. Dill
Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: 334-262-8599
email: dillm@ch13mdal.org